UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 12-1247(DSD/JJK)

Helen Williams,

    Plaintiff,

v.                                          **ORDER**

U.S. Bank National Association
ND, U.S. Bancorp, ABC Corporation,
John Doe and Mary Roe,

    Defendants.

    Jeffrey H. Olson, Esq., 5101 Thornsen Avenue, #200, Minnetonka, MN 55345, counsel for plaintiff.

    Kristine K. Nogosek, Esq. and Stein & Moore, PA, 332 Minnesota Street, Suite W1650, St. Paul, MN 55101, counsel for defendants.

This matter is before the court upon the request by plaintiff Helen Williams to file a motion to reconsider the court's August 9, 2013, order dismissing the matter for failure to prosecute.[1] Specifically, Williams argues that "[i]t was a lack of attention and lack of response by the Plaintiff to this point that was the basis of the Court's Order ... that dismissed the claims of Plaintiff for lack of prosecution." ECF No. 32.

Motions to reconsider require the express permission of the court and will be granted only upon a showing of "compelling

---

[1] Williams previously appeared pro se in this matter. On August 19, 2013, subsequent to the court's order dismissing for failure to prosecute, counsel Jeffrey H. Olson filed a notice of appearance on behalf of Williams. ECF No. 31.

circumstances." D. Minn. LR 7.1(j). A motion to reconsider, however, should not be employed to relitigate old issues but rather to "afford an opportunity for relief in extraordinary circumstances." Dale & Selby Superette & Deli v. U.S. Dep't of Agric., 838 F. Supp. 1346, 1348 (D. Minn. 1993). The court has reviewed the request and the August 9, 2013, order of the court and finds that no such compelling circumstances are present. As a result, reconsideration is not warranted. Accordingly, **IT IS HEREBY ORDERED** that the request for permission to file a motion to reconsider [ECF No. 32] is denied.

Dated:  August 29, 2013

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court